**Ross LAWRENCE, Appellant,**

v.

**NEW BLOOMFIELD R–III SCHOOL DISTRICT and Treasurer of the State of Missouri, Custodian of the Second Injury Fund, Respondents.**

**WD 77371**

Missouri Court of Appeals,
Western District.

Filed: January 13, 2015

Adam T. Sandberg, Columbia, MO for respondent Treasure of the State of Missouri; Brian J. Fowler for respondent, New Bloomfield R–III School District.

Jeffery T. Adams, Clinton, MO for appellant.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam

Ross Lawrence appeals the Labor and Industrial Relations Commission's final award denying his claim for workers' compensation benefits against the New Bloomfield R–III School District. For reasons explained in a Memorandum provided to

the parties, we find no error and affirm the final award.

AFFIRMED. Rule 84.16(b).